THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:95CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DANIEL C. MURATELLA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order issued this date in regard to the defendant's 28 U.S.C. § 2255 motion,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing and the motion (filing 223) to vacate, set aside, or the correct the sentence under 28 U.S.C. § 2255 is denied and dismissed with prejudice.

DATED this 25th day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge