THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:95CR3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DANIEL C. MURATELLA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Daniel Muratella has filed a "Motion to Alter or Amend" (filing 226) this court's judgment denying and dismissing with prejudice Muratella's 28 U.S.C. § 2255 motion. I shall deny the defendant's motion.

IT IS ORDERED that Defendant's "Motion to Alter or Amend Judgment Pursuant to Rule 59(E)" (filing 226) is denied.

DATED this 21st day of June, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge